

**C&S Wholesale Grocers**

7 Corporate Drive   Keene, NH 03431

September 10, 2008

**SENT VIA UPS**

United States Bankruptcy Court
Eastern District of Tennessee
Southern Division
31 East 11th Street, 4th Floor
Chattanooga, TN  37402

Re: *Russell's Food Stores, Inc.*
    Case No. 04-16159

Dear Sir or Madam:

On behalf of C&S Wholesale Grocers, Inc., a claimant in the bankruptcy proceedings of *Russell's Food Stores, Inc.*, case number 04-16159, I am requesting that the unclaimed funds of $7,197.29 paid to the Registry of the Court, be released to C&S Wholesale Grocers, Inc.

I have attached a copy of the *Notice of Payment of Unclaimed Funds to the Registry of the Court.* If further information is needed, I can be reached at 603-358-4619 or by email at chconnel@cswg.com.

Yours truly,

C&S WHOLESALE GROCERS, INC,

Christine M. Connelly

In re:                              )
                                    )
RUSSELL'S FOOD STORES, INC.         )  Case No. 04-16159
                                    )
                                    )
        Debtor(s)                   )  Chapter 7

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO REGISTRY OF COURT

Pursuant to Bankruptcy Rule 3011, funds for the following claim(s) is/are hereby paid to the Registry of the United States Bankruptcy Court by Jerrold D. Farinash, Trustee:

| Claim Number | Claimant | Amount |
|---|---|---|
| N/A | C&S Wholesale Grocers<br>C/O Scott Marshall<br>7 Corporate Drive<br>Keene, NH 03431 | $7,197.29 |

Respectfully submitted,
By____/s/Jerrold D. Farinash_____
Jerrold D. Farinash (10220)
KENNEDY, KOONTZ & FARINASH
320 N. Holtzclaw Avenue
Chattanooga, TN 37404
(423) 622-4535

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing document and accompanying order has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of Court and/or by placing a copy of the same in the United States First Class Mail with sufficient postage to insure delivery to its destination on the following and/or on the attached matrix:

| United States Trustee | Rick Cohen | C&S |
| Historic U.S. Courthouse | 7 Corporate Drive | c/o Scott Marshall |
| 31 East 11th Street, 4th Floor | Keene, NH 03431 | 7 Corporate Drive |
| Chattanooga, TN 37402 | | Keene, NH 03431 |

January 18, 2007                    ____/s/Jerrold D. Farinash_____
                                    Jerrold D. Farinash